STATE v. JORDAN

No. 365P98

Case below: 130 N.C.App. 236

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 February 1999.

STATE v. LOMICK

No. 447P98

Case below: 130 N.C.App. 760

Motion by Attorney General to dismiss appeal allowed 4 February 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

STATE v. MATTHEWS

No. 524P98

Case below: 130 N.C.App. 342

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1999.

STATE v. MOORE

No. 77P99

Case below: 132 N.C.App. 197

Motion by defendant (Moore) for temporary stay allowed 18 February 1999. Petition by defendant for writ of supersedeas denied 3 March 1999. Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Motion by Attorney General to dismiss appeal allowed 3 March 1999.

STATE v. ROSE

No. 182A92-2

Case below: Haywood County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Haywood County, denied 4 February 1999.